# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| Willie Henderson | **Repayment Agreement and Order** | No: 7:14-CR-00051-002 |

On September 29, 2015, Willie Henderson was sentenced to 93 months imprisonment followed by a 36-month term of supervised release.

After a review of his financial status, the following repayment agreement has been reached with Mr. Henderson. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1. As a result of the judgment entered against me on September 29, 2015, and amended on December 10, 2015, I have been ordered to pay a total restitution of $68,760.00 and a special assessment of $200.00.

2. On June 13, 2022, I began my service of 36 months of supervised release. The mandatory assessment was satisfied on March 9, 2018, while in BOP custody. The current balance of my restitution is $65,103.80.

3. After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 1st day of January, 2024, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $250.00 per month during the term of supervision.

_____   12-11-23
Willie Henderson            Date

_____   12-13-2023
Webster Davis, U.S. Probation Officer   Date

_____   12/13/2023
Assistant U.S. Attorney      Date

---

**THE COURT ORDERS:**

☒ Approval    ☐ Disapproval

s/Hugh Lawson
Hugh Lawson
Senior U.S. District Judge

12/15/2023
Date